# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00419-CV

## In re Richard Allen Hall

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus, complaining of alleged violations of an administrative rule governing a drug test taken in 2005. *See* Tex. R. App. P. 52.8. Having reviewed relator's complaints and the record presented, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Filed: July 16, 2008